Jan SADOWSKI, et al. v. AMERICAN HOME ASSURANCE CO., No. 260-77

October 31, 1978. Appeal dismissed on the ground that no final order is involved and no permission was obtained under V.R.A.P. 5(b).

Joyce M. WHITNEY v. Harvey L. WHITNEY, No. 104-78

October 31, 1978. Motion for Rehearing and for Suspension of the Rules is denied.

Perley C. BELL v. TOWN OF GRAFTON, No. 142-78

October 31, 1978. Cause remanded to Windham Superior Court for action in accordance with V.R.C.P. 59(f) and V.R.A.P. 10 as may be appropriate.

Kathleen A. WAITT v. Richard E. WAITT, No. 186-78

October 31, 1978. Motion to Dismiss Appeal denied; appellate consideration and argument limited to the order of June 6, 1978.

VERMONT NATIONAL BANK v. Dean A. KING, Donald G. Martin, E. Nicholas Sanguinetti, and Charles E. Wiley, No. 188-78

October 31, 1978. Motion to Dismiss denied.

STATE of Vermont v. Rick FAYEN, No. 46-78

November 2, 1978. The judgment of conviction is affirmed and the cause is remanded with direction that the issue of mitigating circumstances raised on appeal be heard below and treated as a motion to review sentence under 13 V.S.A. § 7042. (No. 251, Public Acts 1977 Adj. Sess.)

John HALL and Donna Hall v. Clarence C. MILLER and Clarence C. Miller, Jr., No. 347-76

November 9, 1978. The purported appeal in the above cause, not being from a final judgment, is dismissed. V.R.C.P. 54(b).

STATE of Vermont v. Roger William PERRON, No. 131-77

November 13, 1978. The three points at issue on this appeal are unavailable for disposition in this Court under the Rules of Criminal Procedure. The first two, relating to rejection of illegally obtained evidence, were not raised prior to trial as required by V.R.Cr.P. 12; the third was not first presented in the lower court. V.R.Cr.P. 51; *State* v. *Welch*, 136 Vt. 442, 394 A.2d 1115 (1978).